IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD E. RINKER,<br><br>　　　　　Defendant. | 4:15CR 3030<br><br>INDICTMENT<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. §2252(a)(4)(B) |

The Grand Jury charges that

## COUNT I

From on or about January 1, 2015, to on or about February 18, 2015, in the District of Nebraska, RICHARD E. RINKER, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Aggravated Sexual Battery of a Child under Sixteen, a Class B felony, in Case No. 15374 in Rutherford County, Tennessee on October 6, 1986, did knowingly receive and distribute visual depictions, and attempt to receive and distribute visual depictions, that is, digital and computer images in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT II

On or about February 18, 2015, in the District of Nebraska, RICHARD E. RINKER, the defendant herein, having previously been convicted of an offense under the laws of any state

1

relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Aggravated Sexual Battery of a Child under Sixteen, a Class B felony, in Case No. 15374 in Rutherford County, Tennessee on October 6, 1986, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce, or which was produced using materials which had been mailed, shipped or transported, by any means, including by computer, including visual depictions involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

Upon conviction for violating an offense involving a visual depiction described in Title 18 U.S.C. § 2252A(a)(2) and/or 18 U.S.C. § 2252(a)(4)(B), defendant, RICHARD E. RINKER, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

1. Seagate Hard Drive (HD) model ST310014ACE s/n 5JRH59AG
2. Western Digital HD mod/WD400 s/n WMA6R3182294
3. Western Digital HD mod/WD1200 s/n WMAET1482246
4. Seagate HD mod/ST380011A S/N 5J4J7LON
5. Western Digital HD s/n WCAD16892630
6. Maxtor HD unknown s/n
7. Approximately 150 recordable discs
8. ASUS Desktop Computer s/n A1PDCG0009RX, containing 2 hard drives: 1 TB Seagate model ST31000528AS s/n 5VP30GK9 and a 250 gb Hitachi model HDT25025VLA380 s/n R1EVJKMV
9. 1 PNY 4GB flash drive
10. Samsung HD mod/HM250H1 s/n 51YAJ9F25089 (which one is right?)

11      Samsung HD model HM250HI, Serial #S1YQJ9FZ508911(which one is right?)
11.     Unknown brand HD p/n 34962-F121-A23X1

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL.



FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN #22191